IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

David Bowles

Plaintiff,

v.  Case No. 8:17-cv-01877-TJS

Diamond State Trucking, Inc., et al.

Defendant.

## GENERAL CONSENT TO PROCEED
## BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party to the above-captioned civil matter hereby voluntarily waives the right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

July 28, 2017
Date

*[signature]*
Signature of Party or Counsel

Brigitte J. Smith
Printed Name

500 East Pratt Street, #600, Baltimore, MD 21202
Address

brigitte.smith@wilsonelser.com
Email Address

410-962-7224
Telephone Number

410-962-8758
Fax Number

MagistrateGeneralConsentCV (06/2016)