**Smith, Brigitte**

| | |
|---|---|
| From: | Jason Miles [jem3472@gmail.com] |
| Sent: | Thursday, October 12, 2017 4:13 PM |
| To: | Smith, Brigitte |
| Subject: | Re: FW: Activity in Case 8:17-cv-01877-TJS Bowles v. Wilson et al Affidavit |

Ms. Smith:

Checking with client regarding status of discovery request. I'll update as soon as I hear something.

Cordially,

Jason

 Virus-free. www.avast.com

On Wed, Oct 11, 2017 at 11:21 AM, Smith, Brigitte <Brigitte.Smith@wilsonelser.com> wrote:

Mr. Miles:

Please resend your Expert Designation today. We intend to file a Motion to Compel for your client's overdue discovery if the responses are not received by Friday. Please advise regarding their status.

Thanks,

Brigitte Smith
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
500 East Pratt Street, Suite 600
Baltimore, MD 21202 -3173
410.962.7224 (Direct)
410.539.1800 (Main)
410.962.8758 (Fax)
brigitte.smith@wilsonelser.com

**From:** MDD_CM-ECF_Filing@mdd.uscourts.gov [mailto:MDD_CM-ECF_Filing@mdd.uscourts.gov]
**Sent:** Tuesday, October 10, 2017 5:25 PM
**To:** MDDdb_ECF@mdd.uscourts.gov
**Subject:** Activity in Case 8:17-cv-01877-TJS Bowles v. Wilson et al Affidavit

This is an automatic e-mail message generated by the CM/ECF system. Please DO N[OT]
this e-mail because the mail box is unattended.



EXHIBIT 2

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Maryland

## Notice of Electronic Filing

The following transaction was entered by Miles, Jason on 10/10/2017 at 5:24 PM EDT and filed on 10/10/2017

**Case Name:** Bowles v. Wilson et al
**Case Number:** 8:17-cv-01877-TJS
**Filer:** David Kevin Bowles
**Document Number:** 17

**Docket Text:**
AFFIDAVIT *Rule 26(a)(2) Disclosure* by David Kevin Bowles(Miles, Jason)


**8:17-cv-01877-TJS Notice has been electronically mailed to:**

Brigitte Joelle Smith    brigitte.smith@wilsonelser.com, faith.erline@wilsonelser.com

Jason Eugene Miles    jem3472@gmail.com, JEM@Craighendersonlaw.com

**8:17-cv-01877-TJS Notice will not be electronically delivered to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=10/10/2017] [FileNumber=7708856-0] [253dcf50d221bc061d44173a6b86772bb1105fb858ab06b176e0a51cc4a12e60c8 ee8d04bcd665a9439abf17f4e9f2f6aa7e0da214c79d2490cbae0ff823acd6]]

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not

the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.
Thank you.

--
Jason E. Miles, Esq.
Law Office of J. Eugene Miles
711 St. Paul Street
Baltimore, MD 21202
410-727-0406 (t)
410-727-0466 (f)

# Smith, Brigitte

**From:** Smith, Brigitte
**Sent:** Sunday, November 05, 2017 6:49 AM
**To:** 'jem3472@gmail.com'
**Subject:** RE: Activity in Case 8:17-cv-01877-TJS Bowles v. Wilson et al Affidavit
**Importance:** High

Mr. Miles,

Please forward your client's discovery responses and expert designation by November 7, 2017. My client is now prejudiced by Plaintiff's delay and request a 30 day extension from receipt of your discovery and expert designation to filed Defendants' expert designation.

We will file the Motion to Compel on November 8, 2017 if necessary.

Thanks,

Brigitte Smith
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
500 East Pratt Street, Suite 600
Baltimore, MD 21202 -3173
410.962.7224 (Direct)
410.539.1800 (Main)
410.962.8758 (Fax)
brigitte.smith@wilsonelser.com

**From:** Smith, Brigitte
**Sent:** Wednesday, October 11, 2017 11:22 AM
**To:** 'jem3472@gmail.com'; 'JEM@Craighendersonlaw.com'
**Subject:** FW: Activity in Case 8:17-cv-01877-TJS Bowles v. Wilson et al Affidavit
**Importance:** High

Mr. Miles:

Please resend your Expert Designation today. We intend to file a Motion to Compel for your client's overdue discovery if the responses are not received by Friday. Please advise regarding their status.

Thanks,

Brigitte Smith
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
500 East Pratt Street, Suite 600
Baltimore, MD 21202 -3173
410.962.7224 (Direct)
410.539.1800 (Main)
410.962.8758 (Fax)
brigitte.smith@wilsonelser.com

**From:** MDD_CM-ECF_Filing@mdd.uscourts.gov [mailto:MDD_CM-ECF_Filing@mdd.uscourts.gov]
**Sent:** Tuesday, October 10, 2017 5:25 PM
**To:** MDDdb_ECF@mdd.uscourts.gov
**Subject:** Activity in Case 8:17-cv-01877-TJS Bowles v. Wilson et al Affidavit

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

# U.S. District Court

## District of Maryland

## Notice of Electronic Filing

The following transaction was entered by Miles, Jason on 10/10/2017 at 5:24 PM EDT and filed on 10/10/2017
**Case Name:** Bowles v. Wilson et al
**Case Number:** 8:17-cv-01877-TJS
**Filer:** David Kevin Bowles
**Document Number:** 17

**Docket Text:**
AFFIDAVIT *Rule 26(a)(2) Disclosure* by David Kevin Bowles(Miles, Jason)


**8:17-cv-01877-TJS Notice has been electronically mailed to:**

Brigitte Joelle Smith    brigitte.smith@wilsonelser.com, faith.erline@wilsonelser.com

Jason Eugene Miles    jem3472@gmail.com, JEM@Craighendersonlaw.com

**8:17-cv-01877-TJS Notice will not be electronically delivered to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046883720 [Date=10/10/2017] [FileNumber=7708856-
0] [253dcf50d221bc061d44173a6b86772bb1105fb858ab06b176e0a51cc4a12e60c8
ee8d04bcd665a9439abf17f4e9f2f6aa7e0da214c79d2490cbae0ff823acd6]]